## Anne Neiman, Appellee, v. Aaron Neiman, Appellant.

### Gen. No. 43,264.

Heard in the third division, first district, this court at the February term, 1945; opinion filed December 20, 1945; released for publication January 8, 1946. Julius H. Selinger, for appellant; Bernard W. Vinissky, Frank E. Gettleman and Louis N. Grossman, for appellee; Louis N. Grossman and Bernard W. Vinissky, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.